**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**NORTHERN DIVISION**

**UNCLAIMED FUNDS IN CHAPTER 13 CASES**

Pursuant to 11 USC Section 347 and Bankruptcy Rule 3011, Gwendolyn M. Kerney, the Standing Chapter 13 Trustee, hereby files with the Bankruptcy Court Clerk the following unclaimed funds report evidencing the check number, amount of check, name and address of the entity entitled to unclaimed funds in the referenced case.

Case #:               09-30569
Debtor(s) Name:       MARGARET KATHERINE RIDENOUR /

Unclaimed Funds Check #:   11020636
Date Unclaimed Funds check issued:        September 18, 2009

**Amount remitted to Unclaimed Funds - case # 09-30569:        $3141.80**
Claim Number:            999
Court Claim Number:      Debtor Refund Claim

Debtor Name and Address:

MARGARET KATHERINE RIDENOUR \
476 OLD MIDDLESBORO HIGHWAY
LA FOLLETTE, TN  37766

                                /s/ Gwendolyn M. Kerney
                                GWENDOLYN M. KERNEY, #07280
                                Chapter 13 Trustee
                                P O Box 228
                                Knoxville, TN.  37901
                                (865) 524-4995